UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALIESTA VERNON

                Plaintiff,

- against -

JORDACHE ENTERPRISES INC., KATY ZILINSKI, individually, and HAYLEY NEREBERG, individually,

                Defendants.

**ORDER**

19 Civ. 5421 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the deadline for fact discovery is February 24, 2020.

A conference is scheduled for **February 13, 2020, at 10:15 a.m**. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         December 3, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge